IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-00082-02-CR-W-GAF |
| ) | |
| DARREN W. BROWN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress with Respect to Search of Residence (Doc. #30) and Motion to Suppress with Respect to Search of Zippered Briefcase in Truck (Doc. #31).

On September 18, 2012, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing on the motions to suppress.

On January 28, 2013, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation (Doc. #70). On February 28, 2013, Defendant's Objections to the Report and Recommendation (Doc. #85) were filed.

Upon careful and independent review of the pending motions and suggestions in support thereof, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress with Respect to Search of Residence (Doc. #30) and Motion to Suppress with Respect to Search of Zippered Briefcase in Truck (Doc. #31) are OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner  
GARY A. FENNER, JUDGE  
UNITED STATES DISTRICT COURT

DATED: March 4, 2013